# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 6, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155506 & (17)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 155506
COA: 336361
Kalkaska CC: 14-003685-FH

DONALD STEPHEN SMALE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 7, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2017



Clerk

s1003